# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 13, 2015

_____

## DOCKET CORRECTION NOTICE
_____

No.  15-1839,     <u>Cimenga Tshibaka v. John Sernulka</u>

1:13-cv-02760-JFM

TO:     Conrad W. Varner

FILING CORRECTION DUE:  October 16, 2015

Please make the correction identified below and file a corrected document by the date indicated.

---

[  ] Document was illegible, incomplete, or incorrect. Please correct as described and refile: [_____].

---

[  ] Incorrect event used. Please refile document using [_____].

---

[  ] Incorrect filer selected. Please refile document, selecting correct filer.

---

[  ] PDF file is incompatible with CM/ECF. Please correct and refile the document.

---

[ x ] **BRIEFS ARE not text-searchable**. Please refile **briefs** as a text-searchable PDF.

---

[  ] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.

---

[  ] The court will enter an appearance only for counsel who are members in good standing of the court's bar. To apply for membership, submit an **application for admission** to practice.

[  ] Document requires signature. Please sign and refile the document.

[  ] The entry "administrative record adopted" must be docketed in this case.

[  ] Other: Please correct as described and refile: [_____].

Joy Hargett Moore, Deputy Clerk
804-916-2702